DIANE J. HUMETEWA
United States Attorney
District of Arizona
ANN L. DEMARAIS
Assistant United States Attorney
Evo A. Deconcini U.S. Courthouse
405 West Congress, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
ann.demarais@usdoj.gov
Attorneys for Plaintiff

\_\_FILED\_\_\_\_LODGED
\_\_RECEIVED\_\_\_COPY

2009 JUN 17 P 3: 57

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Joan Ada Gividen;<br><br>　　　　Defendant. | CR09 1185 TUC JMR/JCG<br><br>**I N D I C T M E N T**<br><br>Violations: 18 USC §111(a)(1)<br>　　　　　　　18 USC §111(b)<br><br>(Assault on a Federal Officer) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Randy L. Hunt, an officer of the United States or any agency thereof, while Agent Hunt was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

<u>COUNT 2</u>

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Colleen

1  R. Agle, an officer of the United States or any agency thereof, while Agent Agle was
2  engaged in the performance of her official duties, by using a deadly or dangerous weapon,
3  that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

### COUNT 3

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Gerhard Ramon Ruehl, an officer of the United States or any agency thereof, while Agent Ruehl was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

### COUNT 4

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist, oppose, impede, intimidate, and interfere with United States Border Patrol Agent Paul Michael Cotcher, an officer of the United States or any agency thereof, while Agent Cotcher was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

//
//

## COUNT 5

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist oppose, impede, intimidate, and interfere with United States Border Patrol Agent Nathaniel Issac Grizzel, an officer of the United States or any agency thereof, while Agent Grizzel was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

## COUNT 6

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist oppose, impede, intimidate, and interfere with United States Border Patrol Agent Robert V. Powell, an officer of the United States or any agency thereof, while Agent Powell was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

## COUNT 7

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist oppose, impede, intimidate, and interfere with United States Border Patrol Agent Ernest S. Kile, an officer of the United States or any agency thereof, while Agent Kile was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

## COUNT 8

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist oppose, impede, intimidate, and interfere with United States Border Patrol Agent Frank Cervantes, an officer of the United States or any agency thereof, while Agent Cervantes was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

## COUNT 9

That on or about November 14, 2007, at or near Douglas, in the District of Arizona, the defendant, Joan Ada Gividen, did intentionally and forcibly assault, resist oppose, impede, intimidate, and interfere with United States Border Patrol Agent Kyle McCormick, an officer of the United States or any agency thereof, while Agent McCormick was engaged in the performance of his official duties, by using a deadly or dangerous weapon, that is, a vehicle, in violation of Title 18, United States Code, Section 111(a)(1) and 111(b).

DIANE J. HUMETEWA
United States Attorney
District of Arizona

JUN 1 7 2009

Assistant U.S. Attorney

REDACTED FOR
PUBLIC DISCLOSURE

United States vs. Gividen
Indictment Page 4